UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MARIO OLIVARES SANCHEZ,

Petitioner,

v. No. 1:26-CV-378-H

WARDEN, BLUEBONNET DETENTION CENTER, et al.,

Respondents.

**ORDER**

Mario Olivares Sanchez a filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention in the Bluebonnet Detention Center. Dkt. No. 1. He seeks release from confinement.

The respondents filed a response notifying the Court that Olivares Sanchez was granted voluntary departure on September 10, 2026. Dkt. No. 9. The respondents argue that because Olivares Sanchez is no longer detained, there is no further relief that the Court may award, and the petition must be dismissed for lack of jurisdiction as moot. *See id.* Based on the information provided by the respondents, as well the fact that Olivares Sanchez can no longer be located through ICE's Online Detainee Locator System,[1] the Court concludes that Olivares Sanchez's claims are moot. Thus, the petition must be dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

[1] *See* https://locator.ice.gov/odls/#/results (last checked Nov. 6, 2026).

So ordered on November 6, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE